**THE TURLEY & MARA LAW FIRM, APLC**
William Turley (SBN 122408)
bturley@turleylawfirm.com
David Mara (SBN 230498)
dmara@turleylawfirm.com
Jamie Serb (SBN 289601)
jserb@turleylawfirm.com
7428 Trade Street
San Diego, CA 92121
Telephone: (619) 234 2833
Facsimile: (619) 234 4048

Attorneys for Plaintiff WILLIAM SMITH

**KING & BALLOW**
R. Eddie Wayland (TN Bar No. 6045)
rew@kingballow.com
R. Douglas Hanson (TN Bar No. 17387)
dhanson@kingballow.com
Paul H. Duvall (State Bar No. 73699)
pduvall@kingballow.com
William H. Choppin (State Bar No. 303027)
wchoppin@kingballow.com
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5430
Facsimile: (615) 726-5417

Attorneys for Defendant Western Express, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SMITH, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN EXPRESS, INC. and DOES 1 through 100,<br><br>Defendants. | Case No.: 8:15-cv-01238-JGB-SP<br><br>**CLASS ACTION**<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Jesus G. Bernal<br><br>Complaint filed: May 12, 2015 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered the Stipulation of Dismissal Pursuant to Federal Rule of Civil |
| 3 | Procedure 41(a)(1)(A)(ii) submitted by the Parties, and for good cause appearing therefore, **IT IS** |
| 4 | **SO ORDERED** that the above-entitled action shall be dismissed in its entirety, with prejudice, |
| 5 | pursuant to FRCP 41(a)(1)(A)(ii). |

Dated: June 7, 2017

_____
Honorable Jesus G. Bernal
United States District Judge